# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
VILLARREAL, BALDOMERO § Case No. 14-07289
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/02/2014 . The undersigned trustee was appointed on 11/07/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 586.00 |
| Bank service fees | | 60.93 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,853.07 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/07/2014  and the deadline for filing governmental claims was  10/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2015                    By:/s/Elizabeth C. Berg, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - BALDOMERO VILLARREAL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 14-07289 DRC  Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VILLARREAL, BALDOMERO | | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | | 341(a) Meeting Date: | 03/31/14 |
| For Period Ending: | 11/02/15 | | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash<br>  Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>  Checking account average balance | 400.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel<br>  Clothes and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 4. Vehicles<br>  2004 Dodge Neon automobile | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Interest in Receivable from Mexico Properties<br>  Proceeds from sale of commercial property in Fresnillios, Zacatecas, Mexico. Contract signed July, 2013 . Price - 1.2 million pesos approximately $92,300 Down payment - 100,000 pesos approximately $8000 Balance due starting June, 2014 at $100.00 then every 2 months on balance due presently of approximately $84,000. | 82,000.00 | 78,440.00 | | 5,000.00 | FA |
| 6. Interest in Real Estate<br>  Real Estate located at 32 S. Lincoln Ave, Aurora, Illinois | Unknown | 0.00 | | 2,500.00 | FA |
| 7. Indep. Foreclosure Review Payment (u)<br>  1/2 Rebate Check received from GMAC Mortgage for Fund 3 Independent Foreclosure Review Payment | 0.00 | 1,875.00 | | 0.00 | FA |

Gross Value of Remaining Assets

FORM 1 - BALDOMERO VILLARREAL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 14-07289 DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | 341(a) Meeting Date: | 03/31/14 |
| | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $84,640.00 | $80,315.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 30, 2015:

Trustee, Joseph Voiland, settled with Debtor's ex-wife for her interest in real estate located at 32 S. Lincoln, Aurora, IL and collected $2,500.00. (See Docket Entry No. 31) Trustee also settled with Debtor's ex-wife for the Debtor's right, title and interest in a parcel of real estate and an account receivable due from the Debtor's interest in real estate, both located in Zacatecas, Mexico for $5,000.00. (See Docket Entry No. 32) Trustee Voiland resigned on November 7, 2014 and Elizabeth Berg was appointed as Successor Trustee. The Successor Trustee prepared her final report and has submitted same to the UST for approval. Once approved, she will disburse funds.

Initial Projected Date of Final Report (TFR): 09/30/15   Current Projected Date of Final Report (TFR): 09/30/15

/s/   Elizabeth C. Berg, Trustee
_____   Date: 11/02/15
ELIZABETH C. BERG, TRUSTEE

FORM 1 - BALDOMERO VILLARREAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-07289 -DRC | | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | VILLARREAL, BALDOMERO | | | Bank Name: | Associated Bank |
| | | | | Account Number / CD #: | *******6644 Checking Acct - ECB TR |
| Taxpayer ID No: | *******0355 | | | | |
| For Period Ending: | 11/02/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/10/14 | | Joseph Voiland, Former Trustee Yorkville IL | Wire From Prior TR to TRansfer funs Bank Serial #: | 9999-003 | 2,480.00 | | 2,480.00 |
| * 12/10/14 | | Joseph Voiland, Former Trustee Yorkville IL | Wire From Prior TR to TRansfer funs | 9999-003 | -2,480.00 | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee 1625 Wing Road Yorkville IL 60560 | Transfer of Funds from Prior TR JRV | 9999-000 | 2,480.00 | | 2,480.00 |
| 01/08/15 | 5 | TERESA VILLARREAL 17W747 LORRAINE AVE ADDISON, IL 60101-4874 | CONSIDERATION - PROPERTIES - MEXICO Consideration received by Trustee includes rights under contract and real property rights relating to 2 properties in Fresnillo, Mexico. | 1129-000 | 5,000.00 | | 7,480.00 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,470.00 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,460.00 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.02 | 7,449.98 |
| 03/19/15 | 001001 | U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Deferred Filing Fee Adversary Case No. 14-00348 Filing Fee deferred by prior Trustee for approval of sale of property of estate and of a co-owner - 363(h) | 2700-000 | | 293.00 | 7,156.98 |
| 03/19/15 | 001002 | U.S. Bankruptcy Court | Deferred Filing Fee | 2700-000 | | 293.00 | 6,863.98 |
| | | | Page Subtotals | | 7,480.00 | 616.02 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 19.00

FORM 2 — BALDOMERO VILLARREAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6644 Checking Acct - ECB TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 11/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn<br>Chicago, IL 60604 | Adversary Case No. 14-00406<br>Filing Fee deferred by prior Trustee for<br>Objection/revocation of discharge | | | | |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.91 | 6,853.07 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,480.00 | 626.93 | 6,853.07 |
| Less: Bank Transfers/CD's | 2,480.00 | 0.00 | |
| Subtotal | 5,000.00 | 626.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 626.93 | |

Page Subtotals        0.00        10.91

FORM 2 - BALDOMERO VILLARREAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2204 Checking Account - JV TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 11/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/14 | 6 | Teresa Villarreal | Interest in real estate | 1210-000 | 2,500.00 | | 2,500.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,490.00 |
| 12/05/14 | | Associated Bank | Bank Service Fees  Manually input Nov. Bank Fee debited on 12/05/14 by Ass. Bank  ecbDecember 05, 2014, 02:22 pm | 2600-000 | | 10.00 | 2,480.00 |
| * 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St. #200  Chicago IL 60603 | Transfer Funds to Successor TR | 9999-003 | | 2,480.00 | 0.00 |
| * 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St. #200  Chicago IL 60603 | Transfer Funds to Successor TR  Reversed entry b/c balance failed to record. Will reissue to transfer funds to Suc TR acct. ecb | 9999-003 | | -2,480.00 | 2,480.00 |
| 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St. #200  Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 2,480.00 | 0.00 |

Page Subtotals       2,500.00       2,500.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.00

FORM 2 - BALDOMERO VILLARREAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 14-07289 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | VILLARREAL, BALDOMERO | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2204  Checking Account - JV TR |
| Taxpayer ID No: | *******0355 | | | |
| For Period Ending: | 11/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,500.00 | 2,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,500.00 | 2,500.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,500.00 | 2,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Acct - ECB TR - ********6644 | 5,000.00 | 626.93 | 6,853.07 |
| Checking Account - JV TR - ********2204 | 2,500.00 | 2,500.00 | 0.00 |
| | 7,500.00 | 3,126.93 | 6,853.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                   Ver: 19.00
LFORM24

| Page 1 | | EXH. C - VILLARREAL<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 02, 2015 |

Case Number: 14-07289  
Debtor Name: VILLARREAL, BALDOMERO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| 000004<br>040<br>5100-00 | Teresa Villarreal<br>Elizabeth A. Bates<br>400 S. County Farm Road Suite 330<br>Wheaton, IL 60187 | Priority | | $79,396.01 | $0.00 | $79,396.01 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,399.56 | $0.00 | $10,399.56 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $2,098.51 | $0.00 | $2,098.51 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $37,649.86 | $0.00 | $37,649.86 |
| 000005<br>070<br>7100-00 | Mygrant Glass Company, Inc.<br>Daniel Leadley, Agent for Mygrant<br>Glass Company<br>1737 South Naperville Road #207<br>Wheaton, IL 60189 | Unsecured | | $49,460.69 | $0.00 | $49,460.69 |
| | Case Totals: | | | $180,504.63 | $0.00 | $180,504.63 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-07289
Case Name: VILLARREAL, BALDOMERO
Trustee Name: Elizabeth C. Berg, Trustee

| | |
|---|---:|
| Balance on hand | $ 6,853.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,500.00 |
| Remaining Balance | $ 5,353.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 79,396.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | Teresa Villarreal | $ 79,396.01 | $ 0.00 | $ 5,353.07 |

| | |
|---|---:|
| Total to be paid to priority creditors | $ 5,353.07 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,608.62 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,399.56 | $ 0.00 | $ 0.00 |
| 000002 | American InfoSource LP as agent for | $ 2,098.51 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 37,649.86 | $ 0.00 | $ 0.00 |
| 000005 | Mygrant Glass Company, Inc. | $ 49,460.69 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE