UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Baldomero Villarreal, | ) | Case No. 14-07289 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Geneva) |
| | ) | Hearing Date: December 4, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Successor Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   November 7, 2014

Period for Which
Compensation is sought:       November 7, 2014 to Close of Case

Amount of Fees sought:        $1,500.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __        Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: November 4, 2015                Elizabeth C. Berg, Successor Trustee of the
                                       Estate of Baldomero Villarreal, Debtor


                                       By:/s/ Elizabeth C. Berg, Successor Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Baldomero Villarreal, | ) | Case No. 14-07289 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Geneva) |
| | ) | Hearing Date: December 4, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Successor Trustee**

Elizabeth C. Berg, not personally but solely as successor trustee ("Trustee") of the estate ("Estate") of Baldomero Villarreal, ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,500.00 as final compensation for services rendered as trustee in this case from November 7, 2014 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1.  On March 3, 2014 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2.  Joseph Voiland was appointed as the chapter 7 trustee and served in said capacity until his resignation on November 14, 2014. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3.  As of the commencement of this case, the Estate's asset of value was the alleged fraudulent conveyance of real property from the Debtor to his ex-spouse prior to the commencement of this case and an account receivable due from a loan provided to a third party which they used to purchase property in Mexico.

4.  The bar date for filing claims in this case was October 7, 2014.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Meeting with the prior trustee to determine the background and status of this case and to obtain the prior trustee's case files; reviewing the reports of administration and records from the prior trustee to verify the status of the administration of this case and the Adversary cases which the prior trustee filed;

B. Trustee analyzed any potential remaining assets of the estate and potential recovery of such assets;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim including the Debtor's ex-wife's claim filed against the Estate;

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

2

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $7,500.00 on behalf of the Estate. Trustee has made $646.93 in disbursements in this case as of the date hereof.

9. Copies of the Successor Trustee's *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Successor Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee spent 18.20 hours rendering services on behalf of this Estate with a value of $4,222.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 326(a) of the Code, based upon the receipts and disbursements listed above is $1,500.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $2,500.00 | $250.00 |
| Total allowable compensation | $1,500.00 |

12. Section 326(c) of the Code provides a limitation in the compensation awarded to trustees in cases when more than one person serves as trustee in the case such that the maximum compensation awarded to the trustees shall "not exceed the maximum compensation prescribed for a single trustee by subsection (a)...of this section."

13. Ms. Berg has conferred with Mr. Voiland regarding allowance and payment to him on account of professional services rendered both as attorney and the

3

prior chapter 7 trustee in this case. Mr. Voiland has specifically declined to seek allowance of an administrative claim for either his attorney's fee or trustee commission and has advised Ms. Berg that he wishes the entire trustee commission to be awarded to his successor trustee. Mr. Voiland's resignation letter filed with this Court on November 7, 2014 [*see Dkt. No.* 39] contains an express waiver of any claim for compensation in this case.

14.    Section 330(7) provides that the reasonable fee allowed to trustees pursuant to the statutory percentages of section 326 shall be treated as a commission. For the reasons set forth herein, the Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,500.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

15.    After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to priority unsecured creditors. The Trustee does not anticipate that there will be a distribution to general unsecured creditors.

16.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

17.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

18.    The Trustee and the prior trustee have liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as successor trustee of the Estate of Baldomero Villarreal, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,500.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 7, 2014 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated: November 4, 2015           Elizabeth C. Berg, as successor trustee of the
                                  estate of Baldomero Villarreal, Debtor

                                  By:_____/s/_____
                                            Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Final Fee Application**             **Baldomero Villarreal, Debtor**
                                                **Case No. 14-07289**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

September 30, 2015
Invoice No:   02637

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Villareal - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/10/2014 | ECB | TC's with J. Voiland and T. Springer to arrange for pickup of prior TR's files | 0.20 $325.00/ hr | $65.00 |
| 11/12/2014 | ECB | Meet with former trustee J. Voiland to review files and discuss case status | 0.20 $325.00/ hr | $65.00 |
| 12/09/2014 | ECB | Work with JMM to request transfer of funds from prior TR to ECB as successor;  Open new account on ECB database (.1) Prep spreadsheet for Associated Bank for transfer (.2) Prepare Letter of Direction to Transfer Funds to Associated Bank (.1) | 0.40 $325.00/ hr | $130.00 |
| 12/10/2014 | ECB | Review and reconcile prior TR's bank statements and database in connection with transfer of funds to new account for successor TR. | 0.40 $325.00/ hr | $130.00 |
| 1/08/2015 | ECB | Confer with atty Liz Bates re status of $5,000.00 payment from D's ex-wife for Mexico parcels (.1), Email to Bates to confirm receipt (.1) | 0.20 $325.00/ hr | $65.00 |
| 1/08/2015 | ECB | Complete review of predecessor TR's file and background on sale of Mexico lots and AR for contract on same | 0.50 $325.00/ hr | $162.50 |

**Baldi Berg, Ltd**                                                                 9/30/2015

Villareal - Trustee Matters                                                     Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/08/2015 | ECB | Review bar date and import claims to TR database | 0.40<br>$325.00/ hr | $130.00 |
| 1/08/2015 | ECB | Review corres from counsel for Debtor's ex-wife and purchaser of Lincoln St. Aurora property (.1) TC to same and execute deed (.1). | 0.20<br>$325.00/ hr | $65.00 |
| 1/08/2015 | JMM | Review Order Approving Sale and consult w/ Trustee re: Allocation and Deposit of Funds (.3), Deposit Check into TCMS (.1), Deposit check with Bank via scanner (.1), Draft Letter to Liz Bates re: Executed Quit Claim Deed (.3) | 0.80<br>$175.00/ hr | $140.00 |
| 1/19/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/20/2015 | ECB | Review bank statement and advise JMM on corrections required for reconciliation of bank account | 0.20<br>$325.00/ hr | $65.00 |
| 1/20/2015 | JMM | Consult w/ ECB re: bank account reconciliation and issues re: TCMS bank account and transfer of previous TR funds to new ECB accounts | 0.60<br>$175.00/ hr | $105.00 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/24/2015 | ECB | Correspondence to former TR regarding allowance of administrative claims | 0.20<br>$325.00/ hr | $65.00 |
| 2/24/2015 | JMM | Update Form 3 (.1), Discuss w/ TR re: Settlement Property in Divorce and claims (.3) | 0.40<br>$175.00/ hr | $70.00 |

**Baldi Berg, Ltd**                                                                9/30/2015

Villareal - Trustee Matters                                                  Page    3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/09/2015 | ECB | Open and review Feb 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/09/2015 | JMM | Process February 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/19/2015 | JMM | Review docket for deferred filing fee on adversary case (.1), TC to Clerk re: Amount of Fee (.1), Cut checks for both adversary cases filed (.1), Draft Letter to Clerk re: checks (.4) | 0.70<br>$175.00/ hr | $122.50 |
| 4/09/2015 | ECB | Open and approve 3-15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/09/2015 | JMM | Process March 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/12/2015 | ECB | Open and approve April 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/13/2015 | JMM | Process April 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/29/2015 | JMM | Prep Successor Trustee Report | 0.40<br>$175.00/ hr | $70.00 |
| 7/24/2015 | JMM | Edit Successor Trustee's Report (.3) | 0.30<br>$185.00/ hr | $55.50 |
| 7/30/2015 | JMM | Draft Report of Sale for Account Receivable on Mexico Properties (.9), Draft Report of Sale for the Real Property located at 32 S. Lincoln, Aurora (.5) | 1.40<br>$185.00/ hr | $259.00 |
| 8/05/2015 | JMM | Edit Report of Sale - 32 S. Lincoln Avenue (.2), Edit Report of Sale - Accounts Receivable & Real Properties (.2) | 0.40<br>$185.00/ hr | $74.00 |
| 8/17/2015 | ECB | Open and review July 2015 bank statements | 0.10<br>$325.00/ hr | $32.50 |

**Baldi Berg, Ltd**                                                                 9/30/2015

Villareal - Trustee Matters                                                Page    4

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/18/2015 | ECB | TC with L. Bates re proposed final distribution and allowance of admin fees from TR fee (.2); Discuss problem with Debtor refusal to cooperate in execution of transfer dox from Mexican parcels sold to former spouse (.1) memo to JMM re case closing (.1) TC with D's counsel J. Reese re need for Debtor to sign POA (.2) Review Mexican consulate website (.1) Correspondence L. Bates re same (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 8/18/2015 | JMM | Process July 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 8/19/2015 | ECB | Correspondence to Debtor's counsel re execution of POA at Mexican consulate to facilitate TR transfer of real estate to former spouse T. Villarreal (.5) Compile supporting documentation and Email to Reese (.1) and L. Bates (.1) re same | 0.70<br>$325.00/ hr | $227.50 |
| 8/31/2015 | ECB | Extended TC with Jay Reese regarding original transaction with prior TR, amended order re same and next steps to finalize transfer of 407 Luis Moya real estate (.5) TC and email to L. Bates re same (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 8/31/2015 | JMM | Discuss status of case and tasks to complete to close case, TFR status, and transfer of Mexico property | 0.20<br>$185.00/ hr | $37.00 |
| 9/01/2015 | ECB | Review, approve and execute deed to 407 Luis Moya property (.2) Confer with JMM re E. Bates request to add to deed and understanding of Ds prior pre-petition sale of property (.20 | 0.40<br>$325.00/ hr | $130.00 |
| 9/01/2015 | ECB | TC with Elizabeth Bates regarding necessary documentation for transfer of 407 Luis Moya property at Mexican consulate (.1) Confer with staff re prep of TR deed (.1) Memo to Debtor's counsel Jay Reese re same (.2) | 0.40<br>$325.00/ hr | $130.00 |

**Baldi Berg, Ltd**  9/30/2015

Villareal - Trustee Matters  Page 5

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/01/2015 | JMM | Draft Trustee's Quitclaim Deed for 407 Luis Moya property in Mexico (.9), Edit Quit Claim Deed (.2), Draft email to Jay Reese re: Quitclaim Deed (.1), Draft response to Liz Bates re: Order and TR's interpretation of estate's interest in property (.2) | 1.40 $185.00/hr | $259.00 |
| 9/28/2015 | JMM | Prepare TFR for submission to TR (.9), Prepare Trustee's Fee Application (1.3), Prep Coversheet, proposed order, affidavit (.3), Prep NFR (.5) | 3.00 $175.00/hr | $525.00 |
| 9/28/2015 | JMM | Review case in preparation of TFR (.2), Review and analyze claim w/ TR filed by Debtor's wife, review divorce decree, validity of claim (.6) | 0.80 $185.00/hr | $148.00 |
| 9/30/2015 | ECB | Review TFR package | 0.30 $325.00/hr | $97.50 |

|  |  |
|---|---|
| Total Fees | $4,222.00 |
| Total New Charges | $4,222.00 |
| Previous Balance | $0.00 |
| Balance Due | $4,222.00 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 6.60 | $325.00 |
| Jason M Manola | 6.90 | $175.00 |
| Jason M Manola | 4.70 | $185.00 |
|  | 18.20 |  |

**Trustee's Final Fee Application**                          **Baldomero Villarreal, Debtor**
                                                              **Case No. 14-07289**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Baldomero Villarreal, | ) | Case No. 14-07289 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | (Geneva) |

**Successor Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as successor trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on September 30, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**