# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VILLARREAL, BALDOMERO | § | Case No. 14-07289 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:
> 10:30 a.m.
> on December 4, 2015
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
VILLARREAL, BALDOMERO                     §        Case No. 14-07289
                                          §
         Debtor                           §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 646.93 |
| leaving a balance on hand of[1] | $ | 6,853.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,500.00 |
| Remaining Balance | | | $ 5,353.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 79,396.01 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Teresa Villarreal | $ 79,396.01 | $ 0.00 | $ 5,353.07 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 5,353.07 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,608.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,399.56 | $ 0.00 | $ 0.00 |
| 000002 | American InfoSource LP as agent for | $ 2,098.51 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 37,649.86 | $ 0.00 | $ 0.00 |
| 000005 | Mygrant Glass Company, Inc. | $ 49,460.69 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Certificate of Notice   Page 4 of 6

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/Elizabeth C. Berg

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-07289-DRC
Baldomero Villarreal                                                      Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Nov 05, 2015
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2015.
```
db             #+Baldomero Villarreal,    1731 Hoyt,    Aurora, IL 60506-3423
21599758        +Abel Fernandez,    1617 W. Kentucky,    Beecher, IL 60401-3907
21662027        +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
22287121         Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
21662028        +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
21599760        +Gil & Cruz Attorneys,    605 N. Boadway Street,    Aurora, IL 60505-2178
21662031        +LSI LLC,    132 W 31st Street FL 14,    New York, NY 10001-3406
21599757         Law Offices of Jay M Reese,    262 W Fullerton Ave,    Addison, IL  60101-3767
22483118        +Mygrant Glass Company, Inc.,    Daniel Leadley, Agent for Mygrant,    Glass Company,
                  1737 South Naperville Road #207,    Wheaton, IL 60189-5894
21599761         Mygrant Glass Company, Inc. C/O,    Solomon & Leadley Attorneys,    320 East Indian Trail,
                  Aurora, IL  60505-1760
21662034        +Pinnacle Credit Service,    7900 Highway 7 #100,    Saint Louis Park, MN 55426-4045
21599762        +Teresa Villarreal,    Elizabeth A. Bates,    400 S. County Farm Road Suite 330,
                  Wheaton, IL 60187-4547
21599763        +Terry Eland Attorney,    181 S. Bloomingdale Rd,    Bloomingdale, IL 60108-1439
21599756        +Villarreal Baldomero,    1731 Hoyt,    Aurora, IL 60506-3423
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22237131          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2015 00:45:24
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
21662029         +E-mail/Text: clerical.department@yahoo.com Nov 06 2015 00:40:22      Creditors Collection B,
                  755 Almar Pkwy,    Bourbonnais, IL 60914-2393
21662030          E-mail/PDF: mrdiscen@discover.com Nov 06 2015 01:51:56      Discover,    Bankruptcy Dept.,
                  PO Box 8003,    Hillard, OH 43026
22145350          E-mail/PDF: mrdiscen@discover.com Nov 06 2015 01:51:56      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21662032         +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2015 00:41:24      Midland Credit Management Inc.,
                  8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21599759         Elena Del Rio Olague c/o,    Asesoria Legal,    La Calle Fray Servando Teresa De Mier #,
                  Fresnillo Zacatecas Mex,
21662033*        Mygrant Glass Company, Inc. C/O,    Solomon & Leadley Attorneys,    320 East Indian Trail,
                  Aurora, IL 60505-1760
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2015 at the address(es) listed below:
```
              Elizabeth A. Bates    on behalf of Creditor Teresa  Villarreal ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Defendant Teresa  Villarreal ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Jay M Reese    on behalf of Debtor Baldomero  Villarreal lawofficeofjmreese@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net
```

```
District/off: 0752-1          User: ahamilton             Page 2 of 2                   Date Rcvd: Nov 05, 2015
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 7