# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VILLARREAL, BALDOMERO | § | Case No. 14-07289 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00  *(Without deducting any secured claims)* | Assets Exempt: 6,200.00 |
| Total Distributions to Claimants: 5,353.07 | Claims Discharged Without Payment: 208,651.56 |
| Total Expenses of Administration: 2,146.93 | |

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,146.93 | 2,146.93 | 2,146.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 79,396.01 | 79,396.01 | 5,353.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,000.00 | 99,608.62 | 99,608.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 67,000.00 | $ 181,151.56 | $ 181,151.56 | $ 7,500.00 |

    4) This case was originally filed under chapter 7 on 03/02/2014 . The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2016                    By:/s/Elizabeth C Berg, Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Receivable from Mexico Properties | 1129-000 | 5,000.00 |
| Interest in Real Estate | 1210-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Associated Bank | 2600-000 | NA | 60.93 | 60.93 | 60.93 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 586.00 | 586.00 | 586.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,146.93 | $ 2,146.93 | $ 2,146.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | TERESA VILLARREAL | 5100-000 | NA | 79,396.01 | 79,396.01 | 5,353.07 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 79,396.01 | $ 79,396.01 | $ 5,353.07 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abel Fernandez 1617 W. Kentucky Beecher, IL 60401 | | 30,000.00 | NA | NA | 0.00 |
| | Gil & Cruz Attorneys 605 N. Boadway Street Aurora, IL 60505 | | 5,000.00 | NA | NA | 0.00 |
| | Teresa Villarreal 17 W. 747 Lorraine Ave. Addison, IL 60101 | | 0.00 | NA | NA | 0.00 |
| | Terry Eland Attorney 181 S. Bloomingdale Rd Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,098.51 | 2,098.51 | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 37,649.86 | 37,649.86 | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 10,399.56 | 10,399.56 | 0.00 |
| 000005 | MYGRANT GLASS COMPANY, INC. | 7100-000 | 32,000.00 | 49,460.69 | 49,460.69 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 67,000.00** | **$ 99,608.62** | **$ 99,608.62** | **$ 0.00** |

FORM 1 - B. VILLARREAL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-07289 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | | 341(a) Meeting Date: | 03/31/14 |
| For Period Ending: | 04/08/16 | | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash<br>   Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>   Checking account average balance | 400.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel<br>   Clothes and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 4. Vehicles<br>   2004 Dodge Neon automobile | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Interest in Receivable from Mexico Properties<br>   Proceeds from sale of commercial property in Fresnillios, Zacatecas, Mexico. Contract signed July, 2013. Price - 1.2 million pesos approximately $92,300 Down payment - 100,000 pesos approximately $8000 Balance due starting June, 2014 at $100.00 then every 2 months on balance due presently of approximately $84,000. | 82,000.00 | 78,440.00 | | 5,000.00 | FA |
| 6. Interest in Real Estate<br>   Real Estate located at 32 S. Lincoln Ave, Aurora, Illinois | Unknown | 0.00 | | 2,500.00 | FA |
| 7. Indep. Foreclosure Review Payment (u)<br>   1/2 Rebate Check received from GMAC Mortgage for Fund 3 Independent Foreclosure Review Payment | 0.00 | 1,875.00 | | 0.00 | FA |

Gross Value of Remaining Assets

LFORM1     Ver: 19.05f
**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 1 - B. VILLARREAL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-07289 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VILLARREAL, BALDOMERO | | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | | 341(a) Meeting Date: | 03/31/14 |
| | | | | Claims Bar Date: | 10/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $84,640.00 | $80,315.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 10, 2016: Trustee's final report was approved and Trustee disbursed funds on hand. Trustee has prepared her final Distribution Report.

September 30, 2015:

Trustee, Joseph Voiland, settled with Debtor's ex-wife for her interest in real estate located at 32 S. Lincoln, Aurora, IL and collected $2,500.00. (See Docket Entry No. 31) Trustee also settled with Debtor's ex-wife for the Debtor's right, title and interest in a parcel of real estate and an account receivable due from the Debtor's interest in real estate, both located in Zacatecas, Mexico for $5,000.00. (See Docket Entry No. 32) Trustee Voiland resigned on November 7, 2014 and Elizabeth Berg was appointed as Successor Trustee. The Successor Trustee prepared her final report and has submitted same to the UST for approval. Once approved, she will disburse funds.

Initial Projected Date of Final Report (TFR): 03/31/16     Current Projected Date of Final Report (TFR): 09/30/15

/s/   Elizabeth C Berg, Trustee
_____   Date: 04/08/16
ELIZABETH C BERG, TRUSTEE

FORM 2 B. VILLARREAL

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6644 Checking Acct - ECB TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 04/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/10/14 | | Joseph Voiland, Former Trustee<br>Yorkville IL | Wire From Prior TR to TRansfer funs<br>Bank Serial #: | 9999-003 | 2,480.00 | | 2,480.00 |
| * 12/10/14 | | Joseph Voiland, Former Trustee<br>Yorkville IL | Wire From Prior TR to TRansfer funs | 9999-003 | -2,480.00 | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer of Funds from Prior TR JRV | 9999-000 | 2,480.00 | | 2,480.00 |
| 01/08/15 | 5 | TERESA VILLARREAL<br>17W747 LORRAINE AVE<br>ADDISON, IL 60101-4874 | CONSIDERATION - PROPERTIES - MEXICO<br>Consideration received by Trustee includes rights under contract and real property rights relating to 2 properties in Fresnillo, Mexico. | 1129-000 | 5,000.00 | | 7,480.00 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,470.00 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,460.00 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.02 | 7,449.98 |
| 03/19/15 | 001001 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Deferred Filing Fee<br>Adversary Case No. 14-00348<br>Filing Fee deferred by prior Trustee for approval of sale of property of estate and of a co-owner - 363(h) | 2700-000 | | 293.00 | 7,156.98 |
| 03/19/15 | 001002 | U.S. Bankruptcy Court | Deferred Filing Fee | 2700-000 | | 293.00 | 6,863.98 |

Page Subtotals            7,480.00        616.02

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2. VILLARREAL

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6644 Checking Acct - ECB TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 04/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn<br>Chicago, IL 60604 | Adversary Case No. 14-00406<br>Filing Fee deferred by prior Trustee for<br>Objection/revocation of discharge | | | | |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.91 | 6,853.07 |
| 12/22/15 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,500.00 | 5,353.07 |
| 12/22/15 | 001004 | Teresa Villarreal<br>Elizabeth A. Bates<br>400 S. County Farm Road Suite 330<br>Wheaton, IL 60187 | Claim 000004, Payment 6.74% | 5100-000 | | 5,353.07 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 7,480.00   7,480.00   0.00 |
| Less: Bank Transfers/CD's | 2,480.00   0.00 |
| Subtotal | 5,000.00   7,480.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 5,000.00   7,480.00 |

Page Subtotals       0.00       6,863.98

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2 - B. VILLARREAL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2204 Checking Account - JV TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 04/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/14 | 6 | Teresa Villarreal | Interest in real estate | 1210-000 | 2,500.00 | | 2,500.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,490.00 |
| 12/05/14 | | Associated Bank | Bank Service Fees  Manually input Nov. Bank Fee debited on 12/05/14 by Ass. Bank  ecbDecember 05, 2014, 02:22 pm | 2600-000 | | 10.00 | 2,480.00 |
| * 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St.  #200  Chicago IL 60603 | Transfer Funds to Successor TR | 9999-003 | | 2,480.00 | 0.00 |
| * 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St.  #200  Chicago IL 60603 | Transfer Funds to Successor TR  Reversed entry b/c balance failed to record. Will reissue to transfer funds to Suc TR acct. ecb | 9999-003 | | -2,480.00 | 2,480.00 |
| 12/10/14 | | Elizabeth C. Berg  Successor Trustee  20 N. Clark St.  #200  Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 2,480.00 | 0.00 |

Page Subtotals  2,500.00  2,500.00

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2 - B. VILLARREAL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-07289 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | VILLARREAL, BALDOMERO | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2204  Checking Account - JV TR |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 04/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 2,500.00 | 2,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 2,500.00 | 2,500.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 2,500.00 | 2,500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Acct - ECB TR - ********6644 | 5,000.00 | 7,480.00 | 0.00 |
| Checking Account - JV TR - ********2204 | 2,500.00 | 2,500.00 | 0.00 |
| | 7,500.00 | 9,980.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*